JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>SPSSM INVESTMENTS - IV, LP,<br><br>    Defendant. | Case No. CV 25-10549 (AJRx)<br><br>**JUDGMENT** |

    IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 23rd day of December, 2025.

                                        /s/
                                  Fernando M. Olguin
                            United States District Judge